Case No. SACV 17-01729-CJC(JDEx)　　　　　　　　　　　　Date: November 14, 2017

Title: <u>PACIFIC HYDROTECH CORPORATION V. JAMES RIVER INSURANCE COMPANY</u>

PRESENT:

### HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

None Present　　　　　　　　　　　　　　None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT**

　　　　On October 26, 2017, the Court ordered the parties to show cause why this action should not be remanded for lack of jurisdiction. (Dkt. 14.) On November 9, 2017, Maria Quintero, attorney for Defendant James River Insurance Company, filed a declaration indicating that Defendant does not object to remanding this action to state court. (Dkt. 15.) Accordingly, the Court hereby **REMANDS** the case to Orange County Superior Court.

sl